# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SCRUM ALLIANCE INC., | § |
| | § CIVIL ACTION NO. 4:20-mc-00182 |
| Plaintiff, | § Judge Mazzant |
| | § |
| v. | § |
| | § |
| SCRUM, INC., JEFF SUTHERLAND, | § |
| And JJ SUTHERLAND, | § |
| | § |
| Defendant. | § |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Scrum, Inc., Jeff Sutherland, and JJ Sutherland's Motion to Quash and Motion for a Protective Order (Dkt. #1). The Court ruled on a similar motion in Civil Action No. 4:20-cv-00227. Having considered the Motion and briefing, the Court finds the Motion should be **DENIED** as moot. With the resolution of this motion, the Clerk of the Court is directed to close the above-styled case.

**IT IS SO ORDERED.**

**SIGNED this 10th day of November, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE